**KAUFMAN, BERN, DEUTSCH & LEIBMAN, LLP**
Marc E. Leibman
1 Executive Drive
Suite L-15
Fort Lee, New Jersey 07024
(201) 947-8855
Attorney for Defendant Jodie Williams

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>Vs.<br><br>Jodie Williams,<br><br>    *Defendant* | CRIMINAL<br><br>CASE NO. 2:07-cr-00780-SRC<br><br><br><br>CONSENT ORDER MODIFYING BAIL |

    **THIS** matter having been opened to the Court via the instant Consent Order prepared by Marc E. Leibman, Esq., of Kaufman, Bern, Deutsch & Leibman, LLP attorney for Jodie Williams for an Order modifying bail by removing as a condition of bail electronic monitoring and removing from the discretion of Pre-Trial Services the dates and times in which he may visit his mother and the United States Attorney, Christopher Christie, by Aidan P. O'Connor, Assistant United States Attorney, appearing, and for good cause shown,

    **IT IS** on this 23 day of June , 2008;

    **ORDERED** as follows that the defendant's bail be modified so that he may be released from Electronic Monitoring; and

    **IT IS FURTHER ORDERED** that the Defendant's bail is modified so

that he may find and work in employment approved by Pre-trial Services; and

**IT IS FURTHER ORDERED** that the prior condition that the Defendant be permitted to visit his mother once per week on a date for a time to be set in the discretion of Pre-trial Services which visitation may be increased or decreased at the discretion of Pre-trial Services is hereby REMOVED;

**IT IS FURTHER ORDERED** that all other bail conditions and restrictions remain in full force and effect.

Consented to as to form and content

_____
Aidan P. O'Connor, AUSA
Dated:

_____
HONORABLE