PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Jodie Williams**            Docket No. **07-780-01**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Roberto Cordeiro**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Jodie Williams**, who was placed under pretrial release supervision by the **Honorable Susan D. Wigenton, U.S. District Judge,** sitting in the Court at Newark, NJ, on July 19, 2006, under the following conditions:

1. $50,000 bond secured by $5,000 cash and cosigned by two approved individuals.
2. Maintain residence at 253 East 164th Street, Bronx, New York 10456 and shall not change his residence without first obtaining the consent of the U.S. Pretrial Services Agency and the U.S. Attorney for the District of New Jersey.
3. 24 hour house arrest with electronic monitoring at a residence in New York as pre-approved by Pretrial Services Agency and the defendant is only permitted to be absent from his home for pre-approved visits to his attorney or doctor, court appearances, medical emergencies, and approved employment.
4. Travel restricted to the City of New York and the State of New Jersey.
5. Comply with the standard conditions of release for this District.
6. Submit to drug testing and treatment at the direction of Pretrial Services Agency.
7. No possession of a firearm, destructive device or other dangerous weapon.
8. Surrender/ do not apply for travel documents.

The defendant was released on July 28, 2006.

October 16, 2006, Pretrial Services filed a violation for defendant's failure to follow Pretrial's instructions and the cosigners wanting release from the bond due to domestic problems. On October 17, 2006 the Honorable Madeline C. Arleo, U.S. Magistrate Judge, ordered that the defendant be remanded until he can secure two new cosigners. All previously set conditions were continued.

On July 13, 2007, the Honorable Esther Salas, U.S. Magistrate Judge, signed an order approving two new cosigners and reinstating the $50,000 bond secured by $5,000 cash. All other conditions were continued as previously ordered by Judge Wigenton on July 19, 2006. The defendant was released on July 13, 2007.

On December 10, 2007, the Honorable Stanley R. Chesler, U.S. District Judge, signed an order adding mental health evaluation and treatment as deemed appropriate by Pretrial Services.

On June 23, 2008, Judge Chesler signed an order removing the condition of house arrest with electronic monitoring.

On November 3, 2008, Pretrial Services submitted to the Court a Petition for Action on Conditions of Pretrial Release recommending a bail violation hearing. The petition was submitted due to the defendant incurring new charges in New York City. The defendant is scheduled to plea guilty to the charge of Obstructing Governmental Administration (class A misdemeanor) on April 24, 2009. A date for a bail violation hearing has not been scheduled.

The defendant plead guilty to the present offense and he is scheduled for sentencing on May 12, 2009.

Respectfully presenting petition for action of Court and for cause as follows:
**[SEE ATTACHED ADDENDUM]**

**PRAYING THAT THE COURT WILL ORDER a bail violation hearing.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 23 day of Apr 2001 and ordered filed and made a part of the records in the above case. | Executed on 4-22-2009 |
| _____<br>Honorable Stanley R. Chesler<br>U.S. District Judge | _____<br>Roberto Cordeiro<br>U.S. Pretrial Services Officer |