
KAUFMAN, BERN, DEUTSCH & LEIBMAN, LLP
Marc E. Leibman
1 Executive Drive
Suite L-15
Fort Lee, New Jersey 07024
(201) 947-8855
Attorney for Defendant Jodie Williams

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

Jodie Williams,

    Defendant

CRIMINAL

CASE NO. 2:07-cr-00780-SRC

CONSENT ORDER MODIFYING
SURRENDER DATE AND COMPELLING
BOP TO RECALCULATE SECUIRTY
CLASSIFICATION

    THIS matter having been opened to the Court via the instant Consent Order prepared by Marc E. Leibman, Esq., of Kaufman, Bern, Deutsch & Leibman, LLP attorney for Jodie Williams for an Order adjourning the surrender date of the Defendant from June 12, 2009 to July 13, 2009 and the Acting United States Attorney, Ralph Marra, by Rodney Villazor, Assistant United States Attorney, appearing and consenting and for good cause shown,

    IT IS on this 10th day of June, 2009;

    ORDERED as follows that the defendant's surrender date is adjourned to July 13, 2009; and

**IT IS FURTHER ORDERED** that the Bureau of Prisons recalculate the defendant's security level and re-consider same if appropriate in light of the recent conclusion of the Defendant's other previously pending but now concluded criminal matters;

Consented to as to form and content

_____
Rodney Villazor, AUSA
Dated:_____

_____
William Sobchik, PTS
Dated:_____

_____
HONORABLE STANLY R. CHESSLER, U.S.D.J.

IT IS FURTHER ORDERED that the Bureau of Prisons recalculate the defendant's security level and re-consider same if appropriate in light of the recent conclusion of the Defendant's other previously pending but now concluded criminal matters;

Consented to as to form and content

Rodney Villazor, AUSA
Dated: _____

William Sobczik, PTS
Dated: 6/8/05

HONORABLE STANLY R. CHESSLER, U.S.D.J.